No. 573.  SCHUCHARDT *v.* MICHIGAN.  February 14, 1944.  Petition for writ of certiorari to the Circuit Court

of Midland County, Michigan, denied. *Mr. A. W. Richter* for petitioner. *Messrs. Herbert J. Rushton*, Attorney General of Michigan, and *Daniel J. O'Hara*, Assistant Attorney General, for respondent.